SDM

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED

07 OCT -1 AM 9:57

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

| | |
| --- | --- |
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br>v.<br>**Miguel Angel PONCE-Garcia**<br>Defendant. | Magistrate Case No. '07 MJ 2341<br>**COMPLAINT FOR VIOLATION OF:**<br>Title 8, U.S.C., Sec. 1326 – Attempted Entry After Deportation (Felony) |

The undersigned complainant being duly sworn states:

On or about **September 27, 2007**, within the Southern District of California, defendant **Miguel Angel PONCE-Garcia**, an alien, who previously had been excluded, deported and removed from the United States to Mexico, attempted to enter the United States with the purpose, i.e. conscious desire, to enter the United States at the **San Ysidro, California, Port of Entry,** without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3)and (4),and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Signature of Complainant
Sara M. Esparagoza
U.S. Customs and Border Protection Officer

Sworn to before me and subscribed in my presence, this 1st day of **October 2007.**

United States Magistrate Judge

# PROBABLE CAUSE STATEMENT

On September 27, 2007, at approximately 9:10 p.m., **Miguel Angel PONCE Garcia (Defendant)** attempted to enter at the San Ysidro, California Port of Entry by attempting to elude inspection in an undercarriage compartment of a green 1995 Ford Econoline. Customs and Border protection (CBP) Officers apprehended the **Defendant** and escorted him to a secondary area.

In secondary, Defendant was queried by ten-digit fingerprint submission through the Integrated Automated Fingerprint Identification System (IAFIS). IAFIS returned a match to the query confirming Defendants identity and linking him to FBI and Immigration Service records.

Immigration Service records, including Deportable Alien Control System (DACS), reveal Defendant is a citizen of Mexico who has no right to entry, passage or residency in the United States. DACS records indicate Defendant has been removed from the United States on at least three occasions. Defendant's most recent removal occurred on or about September 20, 2007 by order of an Immigration Judge. Immigration Service records contain no evidence that Defendant has applied for or received consent from the Attorney General of the United States, or his designated successor, the Secretary of the Department of Homeland Security to legally seek reapplication for admission into the United States.

Defendant was advised of his Miranda rights and elected to submit to questioning without benefit of counsel. Defendant gave the following declaration: Defendant stated he is a citizen of Mexico by birth in Morelia, Michoacán, Mexico. Defendant admitted he has no entitlement to entry. Defendant also declared he was ordered deported by the Immigration Judge, removed from the United States and has not applied for nor received permission to re-enter the country. Defendant stated he intended to travel to Los Angeles, California to seek employment and continue residing. Defendant admitted he was aware it was illegal for him to attempt to enter the United States.

EXECUTED ON THIS 28th DAY OF **September 2007** AT 5:30 **PM.**

Moises Castillo / CBP Enforcement Officer

On the basis of the facts presented in the Probable Cause Statement consisting of (1) page(s), I find probable cause to believe that the defendant named therein committed the offense on **September 27, 2007** in violation of Title 8, United States Code, Section 1326.

MAGISTRATE JUDGE

9/29/2007 at 12:22 p.m.
DATE / TIME