AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

MIGUEL ANGEL PONCE-GARCIA

WAIVER OF INDICTMENT

CASE NUMBER: 07 CR2936 WQH

I, MIGUEL ANGEL PONCE-GARCIA, the above named defendant, who is accused of

Title 8, U.S.C., Sec. 1326(a) and (b) - Attempted Entry After Deportation (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 10/30/07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Defendant

Counsel for Defendant

Before
JUDICIAL OFFICER

FILED

OCT 30 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY