FILED

DEC - 5 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. MIGUEL ANGEL PONCE-GARCIA Defendant. | Criminal Case No. 07CR2936-WQH<br><u>SUPERSEDING INFORMATION</u><br>Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) |

The United States Attorney charges:

<u>Count 1</u>

On or about September 24, 2007, within the Southern District of California, defendant MIGUEL ANGEL PONCE-GARCIA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//

//

//

SMY:rp:San Diego
12/04/2007

Count 2

On or about September 27, 2007, within the Southern District of California, defendant MIGUEL ANGEL PONCE-GARCIA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: 12/4/07.

KAREN P. HEWITT
United States Attorney

David Leshner

DAVID D. LESHNER
Assistant U.S. Attorney