AO 455(Rev. 5/85) Waiver of Indictment

# *UNITED STATES DISTRICT COURT*

## *SOUTHERN DISTRICT OF CALIFORNIA*

UNITED STATES OF AMERICA — WAIVER OF INDICTMENT

v.

MIGUEL ANGEL PONCE-GARCIA — CASE NUMBER: 07CR2936-WQH

I, MIGUEL ANGEL PONCE-GARCIA, the above named defendant, who is accused of Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 12/5/07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED

DEC - 5 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

Defendant

Counsel for Defendant

Before
JUDICIAL OFFICER